United States District Court
Southern District of Texas
**ENTERED**
December 13, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM JOSEPH RESOURCES (M) SDN. BHD., | § § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. H-14-1801 |
| CNA METALS LIMITED, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT CONFIRMING ARBITRAL AWARD

On this day came on to be heard Plaintiff Adam Joseph Resources (M) Sdn. Bhd.'s Motion to Lift Stay and to Confirm Final Arbitration Award and for Entry of Final Judgment (Document No. 24), to which Defendant CNA Metals Limited has filed no response in opposition. A Final Award in Arbitration (Exhibit A, attached hereto) was made at Houston, Texas, on October 24, 2016, in favor of Plaintiff. Defendant CNA Metals Limited has failed to answer or to oppose Plaintiff's Motion within the time prescribed by law and has wholly made default.

The Court has read the pleadings and papers on file, and is of the opinion that Plaintiff's Motion to Confirm Final Arbitration Award should be granted. Accordingly, it is

ORDERED that Plaintiff's Motion to Lift Stay is GRANTED, and it is further

ORDERED and ADJUDGED that the arbitral Final Award dated October 24, 2016, in the International Centre for Dispute Resolution, International Arbitration Tribunal, Case No. 01-15-0002-6350 <u>In the Matter of Arbitration Between CNA Metals Limited, Claimant/Counter-Respondent v. Adam Joseph Resources (M) SDN. BHD., Respondent/Counter-Claimant</u>, a copy of which is attached hereto as Exhibit "A," is in all things CONFIRMED and ADOPTED as the Judgment of this Court. In accordance with the Arbitral Award, it is therefore

ORDERED and ADJUDGED that Plaintiff Adam Joseph Resources (M) Sdn. Bhd. shall have and recover of and from Defendant CNA Metals Limited, the sum of $503,943.56, and that Plaintiff shall further have all such writs and orders as shall become necessary to enforce execution and satisfaction of this Final Judgment.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 13TH day of December, 2016.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE