United States District Court
Southern District of Texas
**ENTERED**
June 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM JOSEPH RESOURCES (M) SDN. BHD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-1801 |
| CNA METALS LIMITED, | § § § | |
| Defendant. | § | |

## AMENDED FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that the Final Judgment Confirming Arbitral Award signed by the Court and entered December 13, 2016 is VACATED, and this action is DISMISSED for lack of jurisdiction, and without prejudice to all rights and claims that James Koecher and Brown, Sims may have against Adam Joseph Resources (M) Sdn. Bhd. and other persons and parties.

This is an **AMENDED FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 20TH day of June, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE